## DAVIS V. THE STATE.

*Petit Larceny.*

(Decided Jan. 17, 1907.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel for appellant.

ALEX M. GARBER, Attorney General, for State.

Affirmed.

Opinion by McCLELLAN, J.

DOWDELL, ANDERSON and DENSON, JJ., concur.

---

## EALAN & JETER V. CURRY.

*Assumpsit.*

(Decided Jan. 24, 1907.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

M. SOLLIE, for appellant.

B. H. LEWIS, for appellee.

Per curiam.—Affirmed on authority of *Phillips v. American Guano Co.,* 110 Ala. 521.